IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINETTE WALB LINT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHB SPORTS, INC. and ALBERT H. BLOUGH, | : | NO. 02-CV-4641 |
| | : | |
| Defendants. | : | |

**SCHEDULING ORDER**

AND NOW, this      day of October, 2002, it is hereby **ORDERED** and decreed:

1) Factual discovery in this matter shall be completed by February 4, 2003.

2) Dispositive Motions shall be filed by March 3, 2003.

3) Responses to Dispositive Motions shall be filed by April 1, 2003.

4) A voluntary settlement conference before Judge Legrome D. Davis or Magistrate Judge Diane Walsh may be scheduled at either parties' request by written communication addressed to 3029 U.S. Court House, 601 Market Street, Philadelphia, Pennsylvania 19106, with a copy to Judge Legrome D. Davis.

BY THE COURT:

_____
Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania