FILED FEB 7 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE WALB LINT,<br>Plaintiff | :<br>:<br>: |
| v. | : No. 02-CV-4641<br>: |
| CHB SPORTS, INC. and ALBERT<br>H. BLOUGH, | : CIVIL ACTION<br>: |
| Defendants | : JURY TRIAL DEMANDED |

## STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

It is hereby stipulated by and between plaintiff, Antoinette Walb Lint, and Defendants CHB Sports, Inc. and Albert H. Blough that this action is hereby dismissed with prejudice. It is further stipulated that each party is to bear their own costs.

_____
Paul M. Yatron, Esquire
Mogel, Speidel, Bobb & Kershner
520 Walnut Street
PO Box 8581
Reading, PA 19603-8581
Attys for Plaintiff, Antoinette Walb Lint

Date: 2/3/03

_____
Frank J. Lavery, Jr., Esquire
Atty No. 42370
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
Attys for Defendants, CHB Sports, Inc. and Albert H. Blough

Date: 1/31/03

2