IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Antoinette Walb Lint | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-cv-4641 |
| | : | |
| CHB Sports, Inc. and Albert H. Blough, | : | |
| Defendants. | : | |

## **O R D E R**

AND NOW, this      day of February, 2003, upon consideration of the parties' joint Stipulation of Voluntary Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41, it is hereby **ORDERED** and **DECREED** that this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)**.**  The Clerk of Court is directed to statistically close this matter.

BY THE COURT:

_____
Legrome D. Davis, U.S.D.J.